Opinion issued April 10, 2008










In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-07-00275-CV

____________


JIMMY VAUGHAN D/B/A BOTANICAL LANDSCAPE DESIGN, Appellant


V.


SIREN STEEL, INC., Appellee






On Appeal from the 113 th District Court

Harris County, Texas

Trial Court Cause No. 2006-43991






MEMORANDUM OPINION

 We received communication from the mediator on October 23, 2007, stating
that the parties had settled. Because no motion to dismiss was filed, on February 19,
2008, the Court issued a notice warning that unless, within 15 days of the date of the
notice, the parties to the appeal demonstrate that there was a live controversy between
them as to the merits of this appeal, the appeal would be dismissed. See Hallmark
Personnel of Texas, Inc. v. Franks, 562 S.W.2d 933, 935 (Tex. App. -Houston [1st
Dist.] 1978, no writ) (existence of actual controversy is essential to exercise of
appellate jurisdiction). Appellant has filed no response.

 Accordingly, we dismiss the appeal for want of prosecution. Tex. R. App. P. 
42.3(b),(c).

PER CURIAM

Panel consists of Justices Taft, Keyes, and Alcala.